OPINION — AG — ** OFFICE HOURS — COUNTY OFFICERS ** (1) NEITHER THE PROVISIONS OF ARTICLE XXIII, SECTION 1, NOR THE ENABLING STATUTES, 61 O.S. 3 [61-3], 61 O.S. 4 [61-4] [61-4], 61 O.S. 5 [61-5] REQUIRE EMPLOYEES OF ELECTED COUNTY OFFICERS TO WORK AN EIGHT HOUR WORKDAY, NOR DO THEY REQUIRE ELECTED COUNTY OFFICERS TO MAINTAIN OFFICE HOURS PER WORKDAY. (2) ELECTED COUNTY OFFICERS, AS DEFINED IN 19 O.S. 161 [19-161], IN PERFORMING RECORDKEEPING DUTIES, ARE REQUIRED BY THE PROVISIONS OF 51 O.S. 24 [51-24] TO MAKE THEIR RECORDS AVAILABLE TO THE PUBLIC ON WEEKDAY MORNINGS AND AFTERNOONS, EXCLUDING HOLIDAYS, FOR APPROXIMATELY EIGHT HOURS. (PUBLIC INSPECTION OF RECORDS COUNTY TREASURER, COUNTY COMMISSIONERS, COUNTY ASSESSOR, COUNTY CLERK, COURTHOUSE, COUNTY OFFICERS, WORKING DAY FOR PUBLIC EMPLOYEES, HOURS OF LABOR ON PUBLIC WORK, COUNTY, EIGHT HOURS, ELECTED OFFICER, PUBLIC RECORDS) CITE: 1 O.S. 1-14 [1-1-14], 19 O.S. 161 [19-161], 19 O.S. 161 [19-161](1), 19 O.S. 244 [19-244], 19 O.S. 300 [19-300], 19 O.S. 284 [19-284], 19 O.S. 335 [19-335], 19 O.S. 337 [19-337], 19 O.S. 681 [19-681], 20 O.S. 91.2 [20-91.2], 20 O.S. 1307 [20-1307], 51 O.S. 24 [51-24], 57 O.S. 48 [57-48], 57 O.S. 61 [57-61] — 57 O.S. 63 [57-63] [57-63], 60 O.S. 178 [60-178](D), 61 O.S. 3 [61-3] [61-3], 67 O.S. 153 [67-153](B), 70 O.S. 4-104 [70-4-104], ARTICLE XXIII, SECTION 1 (OFFICE HOURS) (ALAN B. FOSTER)